UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: | BK No.: 14-40840 |
| David L. McFadden<br>Tanya L McFadden | Chapter: 11<br>Honorable A. Benjamin Goldgar |
| Debtor(s) | |

## ORDER GRANTING APPLICATION TO EMPLOY ACCOUNTANT

This cause coming on to be heard on Application of the Debtors to employ Russell Pryor as their accountant; due and proper notice of the Application has been given to the parties entitled thereto; and the court being duly advised in the premises:

IT IS HEREBY ORDERED that the Application is granted and the employment of Russell Pryor as the Debtors accountant is hereby approved.

IT IS FURTHER ORDERED that the Debtors are authorized to pay Russell Pryor the amount of $1200.00

IT IS FURTHER ORDERED that Russell Pryor may be awarded interim and final compensation after notice and a hearing on fee applications presented to the the court.

Enter:

Dated:                                                                       United States Bankruptcy Judge

**Prepared by:**
Karen J. Porter
Porter Law Network
230 West Monroe, Suite 240
Chicago, Il 60606
312-372-4400

Rev: 20120501_bko