UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 14-40840 |
|---|---|---|
|  | ) |  |
| David L. McFadden | ) | Chapter: 11 |
| Tanya L. McFadden | ) |  |
|  | ) | Honorable A. Benjamin Goldgar |
|  | ) |  |
| Debtor(s) | ) |  |

## ORDER GRANTING FIRST APPLICATION OF KAREN J. PORTER FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

This cause coming on to be heard on application of the Karen J. Porter for Compensation and reimbursement; due and proper notice of the Motion has been given to the parties entitled thereto; and the court being duly advised in the premises:

IT IS HEREBY ORDERED that the application is granted. ~~The Porter Law Network~~ Karen J. Porter is awarded compensation in the amount of $10,407.50 and reimbursement of expenses in the amount of $1,717.00 for the time period November 11, 2014, to April 16, 2015.

IT IS FURTHER ORDERED that the Debtor ~~is~~ and authorized to pay ~~the Porter Law Network~~ Karen J. Porter the balance due in the amount of $4,257.50.

Enter:

Dated: 18 MAY 2015

United States Bankruptcy Judge

**Prepared by:**
Karen J. Porter
Porter Law Network
230 West Monroe, Suite 240
Chicago, Il 60606
312-372-4400

Rev: 20120501_bko